No. 95–152. Davis v. Fandino et al. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 95–184. Tom Shaw, Inc. v. West, Secretary of the Army. C. A. Fed. Cir. Certiorari denied.

No. 95–214. DeAngelis v. El Paso Municipal Police Officers Assn.; and
No. 95–446. El Paso Municipal Police Officers Assn. v. DeAngelis. C. A. 5th Cir. Certiorari denied.

No. 95–230. Walmer v. Department of Defense et al. C. A. 10th Cir. Certiorari denied.

No. 95–243. Norinsberg Corp. v. Department of Agriculture. C. A. D. C. Cir. Certiorari denied.

No. 95–248. Federal Housing Partners IV et al. v. Cisneros, Secretary of Housing and Urban Development. C. A. 8th Cir. Certiorari denied.

No. 95–250. Plainville Ready Mix Concrete Co. v. National Labor Relations Board. C. A. 6th Cir. Certiorari denied.

No. 95–255. Plumbers and Pipe Fitters Local Union No. 32 et al. v. National Labor Relations Board. C. A. D. C. Cir. Certiorari denied.

No. 95–375. City of Charleston et al. v. Public Service Commission of West Virginia et al. C. A. 4th Cir. Certiorari denied.

No. 95–380. Andolsek v. City of Kirtland et al. Ct. App. Ohio, Lake County. Certiorari denied.

No. 95–383. Levey, by the Personal Representative of His Estate, et al. v. State Developmental Center, Grafton, North Dakota. Sup. Ct. N. D. Certiorari denied.